ACCEPTED
03-16-00320-CV
12447751
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/30/2016 2:44:45 PM
JEFFREY D. KYLE
CLERK

## NO. 03-16-00320-CV

IN THE COURT OF APPEALS FOR THE THIRD DISTRICT
AT AUSTIN, TEXAS

FILED IN
3RD COURT OF APPEALS
AUSTIN, TEXAS
8/30/2016 2:44:45 PM
JEFFREY D. KYLE
Clerk

### REAGAN NATIONAL ADVERTISING OF AUSTIN, INC.,
Appellant,

### V.

### PHIL WILSON IN HIS OFFICIAL CAPACITY AS THE EXECUTIVE DIRECTOR OF THE TEXAS DEPARTMENT OF TRANSPORTATION,
Appellee.

On Appeal from the 98th District Court of Travis County, Texas;
Cause No. D-1-GN-12-002674; the Honorable Tim Sulak, Presiding

### UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

Appellee Phil Wilson in his official capacity as the executive director of the Texas Department of Transportation presents this Motion pursuant to Rules 10.5(b) and 38.6(d) of the Texas Rules of Appellate Procedure and respectfully moves the court for an extension of time to file its Appellee's Brief. As grounds for this Motion, Appellee would respectfully show the Court the following:

1.     Appellee's Brief is due to be filed on September 6, 2016.

2. Appellee requests an extension of time to file its Brief until Thursday, October 6, 2016, which is 30 days after the current due date of September 6, 2016.

3. This is Appellee's first request for extension of time to file its Brief.

4. Appellee needs an extension of time to file its Brief because the undersigned appellate counsel John Seth Johnson was not counsel in the trial court, and needs additional time to review the Clerk's Record and relevant law. In addition, time constraints on Appellee's counsel have made it impossible to complete the Appellee's Brief by September 6, 2016. Appellee's counsel, in addition to routine duties, has had to make substantial time commitments to the following:

a. preparing for and defending a Rule 202 deposition in *In re Hoyt*; Cause No. CV16-03-250, filed in the 271st Judicial District Court of Wise County, Texas;

b. preparing for and defending depositions in *The State of Texas v. Northwest Airport Management, L.P., et al.*; Cause No. 1045839, filed in the County Court of Law No. 1 of Harris County, Texas;

c. preparing for and arguing a motion to dismiss for lack of jurisdiction in *Flores v. National Van Lines, et. al.*; Cause No. CV-04576-205, filed in the 205th Judicial District Court of Hudspeth County, Texas;

d.     preparing for and attending a Special Commissioners' Hearing in *The State of Texas v. Matthew Davis, et ux..;* Cause No. 005-01248-2016; filed in the County Court at Law No. 5 of Collin County, Texas;

e.     preparing for and attending a Special Commissioners' Hearing in *The State of Texas v. Lockhart Management, L.P.;* Cause No. 005-01251-2016; filed in the County Court at Law No. 5 of Collin County, Texas; and

f.     preparing for and attending a Special Commissioners' Hearing in *The State of Texas v. Edgewater Arlington, LLC, a Texas Limited Liability Company;* Cause No. 2016-003354-3; filed in the County Court at Law No. 3 of Tarrant County, Texas.

For these reasons, Appellee respectfully requests that the Court grant an extension for filing Appellee's Brief until Thursday, October 6, 2016.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

RANDALL K. HILL
Assistant Attorney General
Chief, Transportation Division


*/s/ John Seth Johnson*
JOHN SETH JOHNSON
State Bar No. 24083259
john.johnson@texasattorneygeneral.gov
Assistant Attorney General
P. O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 463-2004
Facsimile: (512) 472-3855

ATTORNEYS FOR APPELLEE


## CERTIFICATE OF CONFERENCE

I hereby certify that on August 23, 2016, I conferred with Appellant's counsel, Christopher Rothfelder, and he indicated that Appellant would not oppose this motion.

*/s/ John Seth Johnson*
John Seth Johnson
Assistant Attorney General

## CERTIFICATE OF SERVICE

I certify that on the 30ᵗʰ day of August, 2016, I served a copy of this *Unopposed First Motion for Extension of Time to File Appellee's Brief* on the following parties in accordance with the Texas Rules of Civil Procedure:

*Via Electronic Service*

Richard L. Rothfelder
rrothfelder@swbell.net
Christopher Warren Rothfelder
crothfelder@rothfelderfalick.com

ROTHFELDER & FALICK, L.L.P.
1201 Louisiana, Suite 550
Houston, Texas 77002
Telephone: (713) 220-2288
Facsimile: (713) 658-8211

*ATTORNEYS FOR APPELLANT*
*REAGAN NATIONAL ADVERTISING*
*OF AUSTIN, INC.*

*/s/ John Seth Johnson*
John Seth Johnson
Assistant Attorney General